Petition for Writ of Habeas Corpus Denied and Opinion filed July 9, 2004









Petition for Writ of Habeas Corpus Denied and Opinion
filed July 9, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00649-CV

____________

 

IN RE RICHARD LEE GONZALEZ , Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF HABEAS CORPUS

 



 

M E M O R A N D U M  O P I N I O N

On July 8, 2004, relator, Richard
Lee Gonzalez, filed a petition for writ of habeas corpus seeking release from
jail.  See Tex. Gov=t Code Ann. ' 22.221(d) (Vernon Supp. 2000);  Tex. R. App. P. 52. 

We deny relator=s petition for writ of habeas corpus.

PER CURIAM

Petition Denied and Opinion filed
July 9, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.